Dessie Maria Andrews
6715 Skynook Drive
Austin, Texas 78745
(512) 416-7139

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Dessie Maria Andrews**<br>**Plaintiff** | § § § § | Case: 1:16-cv-02396  Jury Demand<br>Assigned To : Unassigned |
| **V.** | § § | Assign. Date : 12/7/2016<br>Description: Pro Se Gen. Civil (F Deck) |
| **UNITED STATES OF AMERICA**<br>**Defendant** | § § § | |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

I, Dessie Maria Andrews, hereinafter "I", "me", or "my", a Texan, a state national, a nonresident alien and a lawful nontaxpayer to the United States., hereby complains about the Defendant, the United States, (hereinafter "United States (2)") unlawful trespass of my inherent U.S. and Texas constitutionally protected rights, seizure of my property, enslavement, denial of due process, denial of remedy, and other related transgressions and acts of terrorism as more fully shown herein.  I bring this cause as an Article III action pursuant to the Foreign Sovereign Immunities Act and JASTA, and will show the court the following:

### DEFINITIONS OF UNITED STATES

- **The Constitutional Republic**, i.e., the 50 states of the Union[1];

- **UNITED STATES as used herein is defined at 28 USC §3002 (15)(B):  (B) an agency, department, commission, board, or other entity of the United States**[2].

---

[1] Hereinafter, the number (1) will designate this definition of the use of United States in the petition.

## JURISDICTION AND VENUE

1.      This court, the "United States District Court for the District of Columbia", is to convene as an Article III court pursuant to the District of Columbia Code, Title 11, Section 101(1)(C). This court has cognizance under the class of cases and controversies arising under Article III of the Constitution of the United States of America in law and equity under the judicial power of the United States and through the Foreign Sovereign Immunities Act of 1976 as reflected in the Statutes at Large at 90 STA. 2891 (Public Law 94-583) and Justice Against Sponsors of Terrorism Act, (Pub. L. 114-222).

2.      The Defendant, the United States (2), consists of the States and territories of the United States, the District of Columbia and its insular territories, which is foreign to the United States Constitutional Republic, the 50 states of the Union,  which are also called the United States (1).

3.      This court has jurisdiction pursuant to 18 U.S.C. §1331 in the instant cause, because the cause arises under the U. S. Constitution, laws or treaties of the United States, and 28 U.S.C. §1332, because there is a diversity of citizenship between the defendant and myself; and, because international law has been violated, pursuant to, but not limited to *The Rights and Duties of Neutral Powers and Persons in Case of War on Land* (Hague V); 18 October, 1907, *The Convention de la Hayedu 5 October 1961,* and The Ordinance of the Territory North and West of the River Ohio, 1 Stat. 51, 52, July 13, 1787.

4.      This Court has personal jurisdiction over the Defendant as 28 U.S.C. §1330 (b) provides, in effect, a federal long-arm statute over foreign states, including political subdivisions, agencies, and instrumentalities of foreign states.. See House Report No. 94-1487, page 13.

---

[2] Hereinafter, the number (2) will designate this definition of the use of United States in the petition.

5.     The Defendant is subject to the court's jurisdiction and venue, because it is a state foreign to me, or an agency of a foreign state, within the meaning of 28 U.S.C.§1603 (a) and (b), or employees or agents thereof.   Further, the defendant was engaging in a regular course of commercial conduct; and, its actions in this instance revolved around a particular commercial transaction, all within the meaning of 28 U.S.C. 1603(d) and 1605(a)(2), (a)(3) and (a)(5), and all actions occurred within the jurisdiction of the United States (1).   Defendant has taken property which was present in the United States (1), specifically from one on the soil of the de jure Texas, further violating international law.

6.     As a Texan, plaintiff is protected with unalienable right by the U. S. Constitution and Bill of Rights and with inviolate rights by the Texas Bill of Rights.

## PARTIES

7.     I, Dessie Maria Andrews, plaintiff in this action, comes before this court in the capacity of a Texan, a state national, one who retains the sovereignty of the people as that term is expressed in *Yick Wo v. Hopkins*, 118 U.S. 356 (1886), a lawful nontaxpayer, and one who is foreign to the United States (2) as that term is defined and used in this instance.  I am appearing *in propria persona* and *sui juris* and do not wish to be referred to in the pejorative term of pro se. I am a direct descendant of the founding fathers of the united States of America; specifically founders of Utah, and I claim that Birthright.   Therefore, I am part of the posterity of the sovereign American people, the same people who crafted the Declaration of Independence (1776) and the Constitution of the United States (1787), who entered into, and signed, the Paris Treaty of Peace of 1783.  I do not voluntarily engage in commerce within the meaning of the United States Code.  I am a solvent woman, and I use debt instruments only because acts or omissions of Congress have deprived me of lawful money, and I use said debt instruments under

protest and because of irresistible force.  I deny being in contract with the defendant United States (2), or any of the States of the United States (2), and I reject and waive all benefits offered by same.  At the time of the injuries visited upon me, the defendant had notice and knowledge of my status, and the fact that I am, and was at all relevant times, a *stranger* and foreign to DC, a neutral woman on the land who has never elected to be party to the statutory scheme to become a taxpayer and subject to Title 26 of the U.S.Code.  I have no remedy in the District Courts of the United States outside the District of Columbia, as those courts hold me to the statutory constructs of Title 26 and will not afford me my Constitutional protections.  I have been kidnapped, terrorized and held to be a prisoner of the United States (2), without my consent and against my will.  I have been deprived of my property in the form of the social security benefits to which I am entitled and for which I paid and to which I am qualified.  I have been the victim of torture as expressed in Public Law 114-222A tortious act or acts of the foreign state, or of any official, employee, or agent of that foreign state while acting within the scope of his or her office, employment, or agency, regardless where the tortious act or acts of the foreign state occurred.

8.     I have been unable to obtain remedy in the courts of Texas, as, whenever I have filed for relief in a Texas court, the case has been hijacked by the U.S. Department of Justice to a federal district court and summarily dismissed.  I have never been afforded any form of substantive due process.  My evidence has never been heard by a neutral fact finder.  I have not had an adversarial proceeding where both sides were vetted and heard.  I have not had an evidentiary hearing.  I have been denied all and any of the elements which are essential to due process.

9.     Defendant, UNITED STATES (2), is the national government which has the power to exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become

4

the Seat of the Government of the United States (2), and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings. (DC)

10.    It can be served with process by serving its Attorney General, Loretta Lynch, at U. S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

### THE STATUTORY TAXING SCHEME DEVISED BY THE UNITED STATES

**11.**    The U. S. Constitution is very clear as to the taxing power of the United States (2).  At Art. 1, Sec. 2, Cl. 3:  Representative and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons. And at Art. 1, Sec. 8, Cl. 1:  The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States (1); but all Duties, Imposts and Excises shall be uniform throughout the United States (1).

12.    The U. S. Constitution limits the power of the National Government to collect direct taxes to assessments which have been apportioned among the several states.

Alexander Hamilton, in the Federal Papers, No. 15 wrote:

*"Except as to the rule of apportionment, the United States has an indefinite discretion to make requisitions for men and money; but they have no authority to raise either, by regulations extending to the individual citizens of America.*

*The consequence of this is that, though in theory their resolutions concerning those objects are laws, constitutionally binding on the members of the Union, yet in practice they were mere recommendations, which the States observe or disregard at their option."*

13.     Because of the Constitutional limitation, the National Government can **ask** for men and money (taxes) from the several States, but it has no authority to raise either men or money by regulations extending to the individual men and women of the Constitutional Republic.  It must depend on voluntarism.

14.     Without the rule of apportionment, the national government has no constitutional authority to regulate taxation of an individual living in any of the several States.

15.     William Howard Taft, U. S. President from March 4, 1909 to March 4, 1913, noting that there was no legal way for Congress to collect taxes from men and women, except by apportionment, made the following proposal:

> *"The case of the Pollock v. Farmers' Loan & Trust Company was held by the Supreme Court to be a direct tax, and therefore not within the power of the Federal Government to impose unless apportioned among the several States according to population."*
>
> *"The decision of the Supreme Court in the income tax cases deprived the National Government of a power which, by reason of previous decisions of the court, it was generally supposed that Government had."*
>
> *"I therefore recommend to the Congress that both Houses, by a two-thirds vote, shall propose an amendment to the Constitution conferring the power to levy an income tax upon the <u>National Government</u> without apportionment among the States in proportion to population."*

16.     As a result, the 16th amendment was adopted on February 25, 1913.

17.     The ratification of this Amendment was the direct consequence of the Supreme Court's decision in *Pollock v. Farmers' Loan & Trust Co.*, 157 U.S. 429 (1895) whereby the attempt of Congress the previous year to tax incomes uniformly throughout the United States was held to be unconstitutional.

18.     The 16th Amendment was the first amendment that impacts **only** the District of Columbia and its territorial extensions.

19.     Alexander Hamilton's commentary in the Federalist papers, Art. 1 sec. 2 and Sec. 9 of the U.S. Constitution, and the decision in *Pollock*, show that the unapportioned tax could only adhere to the Constitution because it was limited to the District of Columbia, its possessions and territories, and did not apply to those in the Constitutional Republic.

20.     On May 16, 1994, federal attorney Michael L. White, while holding a public office in the office of the Federal Register, stated his legal opinion on behalf of the national government in his letter to an American national in Cicero, Illinois that:  "Our records indicate that the Internal Revenue Service has not incorporated by reference in the Federal Register a requirement to make an income tax return."

21.     The Federal Register is the legal notice to the public of intended actions by Congress or government agencies of new intended implementing or legislative regulation that meets the litmus test of the Constitution that a new law is applicable within the Constitutional Republic.  It references such legislative regulations by volume, date and page number of the publication of that law in the federal register.

22.     The regulation at 26 CFR 601.702(a)(1) states:  The IRS is required under 5 USC 552(a)(1), to state separately and publish currently in the Federal Register for the guidance of the public the following information –(including) … rules of procedure (and)…substantive rules of general applicability adopted as authorized by law.

23.     Further in the same regulation at 26 CFR 601.702(a)(2)(ii), it addresses the **Effect of Failure to Publish**.  Reference to in the Federal Register Act, 44 USC Chapter 15, where it states in part: 'Thus, for example, any such matter which imposes an obligation and which is not so published or incorporated by reference shall not adversely change or affect a person's rights.'

        Items **NOT** published in the Federal Register:

- Do not apply within the Constitutional Republic and are only statutory in nature (meaning they only apply to those who are in DC and its territorial possessions.)

- Since the Federal Income Tax is NOT published in the Federal Register, the laws that refer to it are statutory in nature and target only those in DC, Puerto Rico, Guam, etc..

24.     Ergo, there are no legislative or implementing regulations pertaining to the federal income tax that would be applicable within the Constitutional Republic or to anyone who was not a federal employee, officer or appointee, and received no income from the United States.

25.     The 16th amendment does not apply toward American nationals, who are lawful non-taxpayers within the Constitutional Republic and without the jurisdiction of DC.   After its ratification, the 16th Amendment would have been removed by the Supreme Court if the national government had attempted to levy the federal income tax against state nationals.   It is fine as written due to the limited jurisdiction to which it was made applicable.

26.     The impact of the two separate and distinct jurisdictions is the key to understanding the proper application of the 16th amendment.   Once again, they are:

- **The Constitutional Republic**, i.e., the 50 states of the Union;

- **The District of Columbia plus its insular territories**, including **an agency, department, commission, board, or other entity of the United States.**  This constitutes the statutory "United States".

27.     In the two distinctly different jurisdictions, both called the 'United States', each with unique boundaries that limit the powers of government, there exist:

- Lawful U.S. Taxpayers (i.e. those in the statutory United States (2)), who owe the tax to the national government

- Lawful NON-Taxpayers who have no liability to pay federal income tax, whatsoever. (i.e., those in the Constitutional U.S.)

28.     The latter are the state nationals who live and work outside the District of Columbia and have no financial or territorial connection with the national government.

29.     *Economy Plumbing & Heating Co. v. United States*, 470 F.2d 585 (1972) states the following: "(Revenue laws) relate to taxpayers, and not to nontaxpayers.  The latter are without their scope.  No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law."

30.     In other words, the revenue laws found within the U.S. Revenue code only relate to taxpayers and those statutory laws are only applicable within the limited territory of the statutory United States (2), and do not relate to nontaxpayers who are nationals living and working in the Constitutional Republic who have no financial connection with the national government.

31.     Therefore, the nontaxpayers are not within the scope of application for the revenue laws that are published in the internal revenue code.  No procedure or laws are proscribed nor created that would ever apply to those who are lawful nontaxpayers, and no agency or bureau of the national government shall be able to attempt to annul any of the unalienable rights of state nationals who are protected by the U.S. Constitution by presumption or pretense from those statutory laws which do not apply within the Constitutional Republic.

32.     Only taxpayers can ever be labeled as tax cheats, tax evaders and tax protestors.

The taxpayers who actually owe a duty and obligation to file Federal Income Tax returns are:

- Those who work for the National Government.

- These people consist of those who hold a public office as a federal employee, officer or elected official of the National Government, the District of Columbia or other federal instrumentalities.

- These men and women are the ones who are subject to levy pursuant to 26 U.S.C. §6331(a).

- Statutory 'U.S. persons'.  These are defined at 26 U.S.C. §7701(a)(30), which includes statutory "U.S. citizens'.  The term U.S. citizen is defined at 8 U.S.C. §1401(a), as "a person born in the United States and subject to the jurisdiction thereof."

- U. S. citizen is further defined at 3C AmJur 2nd Section 2689 to mean "A person is born subject to the jurisdiction of the United States, for purposes of acquiring citizenship at birth, if his/her birth occurs in territory over which the United States is sovereign."

- U.S. Resident Aliens.  This refers to those who are foreigners who chose to live or work in the 50 states, D.C. or its territories and must pay for the privilege of residing on American soil. These people have a federal income tax liability which is reflected at 26 CFR 1.871-1(a).
- Those who derive income/profits from the use of federal property.  The guide to the types of federal property which is taxable, such as forms of interest, dividends, personal services, rentals and royalties, can be found at 26 U.S.C. §861(a).

- Non-resident aliens (meaning American Nationals) who choose to live/work in American Samoa or Puerto Rico.

- Non-resident aliens (meaning state nationals) who made a willful and knowing voluntary election to have their earnings taxed like that of a U.S. Resident Alien.

> The definition for Non-resident alien is found at 26 U.S.C. §7701(b)(1)(B):  "An individual is a <u>nonresident alien if such individual is neither a citizen of the United States nor a resident of the United States."</u>

33.     Under the terms of definitions, the foregoing is not a definition.  It only states what a non-resident alien is not, rather than what a nonresident alien actually is.  This is analogous to someone asking, what color is the paint on your walls in your living room?  If the answer is, "My living room is neither red nor white.", you are no closer to ascertaining the color of the paint than if you hadn't asked the question.

34.     We can ascertain from the "definition" that a non-resident alien is **not** a citizen of the United States and is **not** a resident of the United States.

A non-resident alien is **NOT**:

- A "U.S. Resident Alien',

- a statutory 'U.S. citizen' according to 8 U.S.C. 1401(a): " a person born in the United States AND subject to the jurisdiction thereof."

- 3C AmJur 2d Section 2689 states: "A person is born subject to the jurisdiction of the United States, for purpose of acquiring citizenship at birth, if his/her birth occurs in territory over which the United States is sovereign."

35.     In *Yick Wo v. Hopkins*, 118 U.S. 356 (1886), the Supreme Court opined:

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts.  And the law is the definition and limitation of power."

36.     26 U.S.C. §7408(d): "If any citizen or resident of the United States does not reside in, and does not have his principal place of business in, any United States judicial district, such citizen or resident shall be treated for purposes of this section as residing in the District of Columbia."

37.     26 CFR 1.871-1(a): "nonresident alien individuals are taxable only on certain income from sources within the United States and on the income described in section 864(c)(4) from sources without the United States which is effectively connected for the taxable year with the conduct or a trade or business in the United States."

38.     26 U.S.C. 7701(a)(26 ): "The term 'trade or business' includes the performance of the functions of a public office."

39.     26 CFR `1.871-1(a(): Non-resident alien individuals are taxable only on certain income from sources within the District of Columbia and on the income described in section 864(c) (4) from sources without the District of Columbia which is effectively connected for the taxable year with the conduct of a trade or business in the District of Columbia.

40.     In the booklet published by the Federal Retirement Thrift Retirement Board dealing with Tax Treatment of Thrift Savings, it states:  "A nonresident alien is an individual who is neither a U.S. citizen nor a resident of the United States."  Under the question:  Do I owe U.S. taxes on a payment from TSP?  "The internal Revenue Code governs your tax liability and withholding responsibilities."  And, "A nonresident alien participant who never worked for the U.S. Government in the United States will not be liable for U.S. income tax."  And, "A nonresident alien beneficiary of a nonresident alien participant will not be liable for U.S. income tax if the participant never worked for the U.S. Government in the United States."   (The District of Columbia)

### BAITING THE TRAP:  THE ELECTION

41.     Since the United States is forbidden from making direct taxes without apportionment mandatory on American nationals outside (without) the United States, it must have some device in place whereby a man or woman who is a nontaxpayer can elect to become a taxpayer, voluntarily, of course.

42.     For this purpose, we have a regulation in the Code of Federal Regulations.  It is:

        26 CFR 1.871-1(a):  "However, nonresident alien individuals may elect, under section 6013(g) or (h), to be treated as U.S. residents for purposes of determining their income tax liability under Chapters 1, 5 and 24 of the code."

43.     This election is made when an American fills out and files his or her first Form 1040 income tax return.  This connotes that she has "elected" to be a U.S. resident.  By filling out and filing the 1040 form, the trap is sprung, and the unsuspecting victim is now a taxpayer.

44.     Another characteristic of a nonresident alien individual is found in 26 CFR 1.871-1(b)(4) where it states:  "For special rules applicable in determining the tax of a nonresident alien

individual who has lost U.S. citizenship with a principal purpose of avoiding certain taxes, see section 877."

## THE CHECKLIST TO BE A NONRESIDENT ALIEN

- Not a statutory 'U.S. citizen'

- Not born in a territory belonging to the National Government

- Not a U.S. Resident Alien

- Has the option to expatriate from the territory and jurisdiction of the national government.  (District of Columbia).

- Has citizenship.  (Must have constitutional rights, not territorial statutory privileges.

## WHAT A NONRESIDENT ALIEN IS

- Was born in one of the now 50 states or has been naturalized into the Constitutional Republic.

- A state national who is protected by the U.S. Constitution and her state constitution.

- Has protection against the intrusion of the national government into their lives.

- Has unalienable rights.

## SUMMARY OF THE SCHEME

47.     The 13th Amendment to the U. S. Constitution guarantees that the national government cannot compel an individual to associate with it. Slavery and involuntary servitude have been abolished in the 50 states of the Union, the Constitutional Republic.  That is not the case in the territorial jurisdiction of the national government, because the Constitution is not law within the national government's jurisdiction.

48.     State nationals have no federal income tax liability, as confirmed in William H. Taft's Legislative Intent on the 16th Amendment.

49.     If the Internal Revenue Service were to impose a federal income tax in one of the 50 states of the Union, it would have ignored the Rule of Apportionment as stressed by the Supreme Court. **Such an act would be unconstitutional. However, with the filing of a 1040 federal income tax return, the election is made to become a U.S. citizen and allow the IRS to treat one as a U. S. Resident Alien.**

50.     The U.S. Department of the Treasury declares, at 31 U.S.C.§ 321(d)(2), "For purposes of the Federal income, estate and gift taxes, property accepted under paragraph (1) shall be considered as a gift or bequest to or for the use of the United States." (District of Columbia)

51.     However, 26 CFR 1.871-1(a) gives any American national the right to elect to be subject to taxation. "However, nonresident alien individual may elect, under section 6013(g) or (h), to be treated as U.S. residents for purposes of determining their income tax liability under Chapters 1, 5 and 24 of the code."

52.     Unless and until a nonresident alien / state national elects to gift the District of Columbia with federal income taxes, she is not subject to the rules, regulations, and policies of the national government and she cannot be addressed nor treated as a taxpayer.

53.     Her rights are protected by the U. S. Constitution and she is afforded all the protections of the U.S. Constitution, including the right not to elect to be subject to the federal income tax.

54.     If she does not elect to become a taxpayer she has the protection of the Constitution and her own state Constitution and cannot be held to statutory laws.

## MY CLAIMS AGAINST THE UNITED STATES

55.     In her report of April 1, 2009[3], Haden reports that I told her that the filing requirements did not apply to me, "a woman on the land in Texas".   Haden reports I told her that Title 26 only applies to federal employees and said "it is in the definitions."   I told her I did not acknowledge "income" and would not give her an amount when she asked what my income was. I told her that she had no authority and I only responded to the meeting in which I told her these things, because of the summons which was served on me and which Federal Judge Lee Yeakel ordered me to attend.

56.     Haden admits in the report that I had not filed 1040 tax returns for the years under examination, which were 2000 through 2005.  I told her that I had not paid any tax in any form, i.e. withholding, estimated tax payments, self-employment tax, etc..

57.     Haden goes on to list amounts which had been deposited in accounts in various names, over which I had signatory authority, and lists these deposits as income to me for the 6 years in question.

58.     It was obvious to anyone but Haden that I had not elected to file taxes, I had no income from the United States, I had never filed a tax return in the name of Dessie Andrews, and I had never triggered my voluntary election to be a taxpayer..  Yet, throughout her reports, Haden calls me a taxpayer.

59.     At one point, Haden states: "For the fraud penalty to apply there must be evasion, which is a willful conduct to intentionally violate a known legal duty. *Pomponio vs. Commissioner*, 429 U.S. 10 (1976).  "Ms. Andrews had filed tax returns prior to 1991 which is evidence that she knew of her legal duty to file a tax return".  I deny that I ever filed a tax return or that I ever knowingly filed any IRS form that could have been construed to imply that I am a taxpayer.

---

[3] Exhibit 1 – Fraudulent Failure to File Penalty Lead Sheet, attached hereto and incorporated herein.

Neither Haden nor any other IRS agent has ever produced evidence that I have filed a tax return form. Even the typing of the term taxpayer in this brief is repulsive to me.

60.     Haden further states, "Failure to file returns in successive years suggests willfulness. *United States v. Greenlee*, 517 F.2nd 899, 903 (3d Cir.), cert denied 433 U.S. 985 (1975). In this case the taxpayer filed tax returns for tax years prior to 1991, but has not filed returns in any of the 15 years since." If Haden is referring to me, there would be a record of the filing. There would have been a Master File or Business file or an IRS record of some sort. There is none. This should have been made clear to Haden when she continually attempted to access my file and was continually rebuffed due to the fact there is not nor was there ever one.

61.     The above two paragraphs provide evidence of the "taxpayer election" on which I have expounded. *Pomponio* speaks of a "known legal duty".   Of course, very few of us understand that once the election has been triggered we are deemed to have a "known legal duty" to continue to file as taxpayers.   The second case, *Greenlee,* states:  "Failure to file returns in successive years". Now it is clear, once you elect to be a taxpayer by filing a 1040, you have a legal duty to file every year after that.  If you are not one who receives money from the federal government, and you file a 1040 return as every conceivable source of educational material leads you to believe you must, you are now 'stuck like Chuck', or until you revoke the election.

62.     On June 3, 2009, Barbara Haden issued a Report Transmittal, in which she states that I was a promotor referral to her office. She further states that the promotion could not be supported and discontinued, but that I had not filed returns for a number of years and so was subsequently picked up for examination.  She goes on to say that I am a non-filer.  I told her, according to the report, that I was not required to file a return.  I was not shown this report

because it was stamped with (b)(3) 26 USC 6103 stamps, (do not show taxpayer), and I viewed it in 2013 after I filed a FOIA request for my file.

63.     By this time, 2009, Haden had already surreptitiously subpoenaed bank accounts where I was a trustee and had signatory powers , added up all the deposits and filed Substitute for Returns ("1040") returns for, me for a 6 year period.

64.     Haden had received the referral in 2003, had undertaken extensive examinations, filled out and filed six years of Substitute For Returns, which she certifies as a valid 1040 return under section 6020(b)[4]. The statute reads that if a person required to make a return by this title fails to make a return required by any internal revenue law or regulation, the Secretary shall make such a return from his own knowledge.

65.     Barbara Haden knew I had never filed a 1040 federal income tax return. She knew or should have known, certainly she documented the fact in her report, that I was a non-filer. She knew or should have known that there is no regulation which has been published in the Federal Register which would compel me to make a return. Knowing all these facts, and being a trained IRS agent, she proceeded to convert me from a non-filer, nontaxpayer position to a taxpayer. This is an act of terrorism.

66.     Before she falsified records, she made a number of attempts to access the IMF Master file, the file which is kept by the IRS to document events of taxpayers. Time after time, she was informed ***NO ACCOUNT ON MASTER FILE***. On July 14, 2009, Haden made 21 attempts using varied inputs[5], to access a file for Dessie Andrews in conjunction with a social security number which had been issued to Dessie W. Pease. Between 10:54 am and 11:46 am.,

_____

[4] Exhibit 2 – SFRs fabricated by Barbara Haden.
[5] Exhibit 3 -  Record of attempts to access IMF file in the name of Andrews with SS# xxx-xx-1783

Haden made 21 attempts to access a file that didn't exist in the system. This did not deter Haden.

67.    This tells us several things of which Haden now had knowledge. She knew I was not associated with the social security number she kept entering. She knew I was not a taxpayer. She knew I had never filled out and filed a 1040 tax return, in fact, there is no evidence in the files of the IRS that I have ever filed a tax return of any kind or form. Yet, Haden believed she had the authority to convert a state national, non-taxpayer, non-resident alien, to a U. S. citizen or resident, taxpayer. By making this designation, she limited my right of remedy to statutory administrative process, not substantive due process. Even so, without a valid social security number assigned to my name, I don't even have the right of statutory relief in a U.S. tax court.

68.    Several agents after Haden, along came Christopher Fletcher. I told Fletcher on a number of occasions that I was not one who had to file, yet, Fletcher became even nastier and more terroristic than Haden. Fletcher is the agent who filed a Sec. 6331(b) Levy naming Dessie Andrews in order to confiscate Pease's social security benefits. He took the benefit, in its entirety, leaving me no monetary sustenance.

69.    These are violations of my U.S. Constitutionally protected 1st, 4th, 5th, 7th, 9th, 10th and 13th Amendment rights.

## CLAIM #1

70.    The U. S. Constitution limits the power of the National Government to collect direct taxes which have not been apportioned among the several states. The federal income tax is a direct tax. The government gets over this stumbling block by allowing the unsuspecting to volunteer to gift to the national government in the form of paying taxes.

71.    I am not one of those unsuspecting and have never waived my right of a nontaxpayer.

72.     By seizing property which is my sustenance, which is paid to Dessie W. Pease by the

Social Security Administration, and which I have every legal right to have, the United States has

violated the Apportionment clauses of the U. S. Constitution, Art. 1, Sec, 2, Cl. 3, and Art. 1,

Sec. 9, Cl. 4..

### CLAIM #2

73.     The terroristic acts of the United States began when IRS agent Haden received a

promotor referral from an agent in Virginia after I had exercised my right of free speech and

chose to be present at a meeting together with my clients, which was a peaceable assembly.

74.     By persecuting me for my speech and presence at the hearing, the United States began a

terroristic campaign whereby it secretly used its powers to gather information without my

knowledge, and use that information to wage a campaign of terror against me.

75.     This is a violation of my Constitutionally protected 1st Amendment rights.

### CLAIM #3

**76.**     I had the right to be secure in my persons, houses, papers and effects.  Haden secretly

conducted unreasonable searches and Fletcher made unreasonable seizure with no probable

cause and no Warrant

77.     This is a violation of my constitutionally protected 4th Amendment rights.

### CLAIM #4

78.     The file that the IRS has amassed in my name has made many false, inflammatory and

fraudulent claims and reports which can and have been accessed by any and all in the IRS who

wanted to read a scandalous compilation of outright lies, accusations and innuendos.  I shudder

to think how many agents, officers, judges, clerks, etc. have read this drivel and presumed me

and mine to be despicable scofflaws.  The premise begins with the lie that I have ever filed

income tax returns.  The IRS has no evidence of a tax return in the name of Dessie Maria Andrews, and has made me a taxpayer out of whole cloth.  This false report was made in order to justify the unlawful taking of my life, liberty and property.

79.     This is a violation of my constitutionally protected 5th Amendment rights.

### CLAIM #5

80.     Even though I am not a statutory creature, I have been relegated to that position by the IRS labeling me a taxpayer.  This has denied me a redress of grievance, and a right to trial by jury.

81.     These are violations of my constitutionally protected 1st and 7th Amendment rights.

### CLAIM #6

82.     Because the IRS labeled me a taxpayer, made and filed SFR 1040's in my name, filed a Notice of Lien in the Travis County clerk's office, assessed a fraudulent liability against me in the amount of $649,123.86 and seized the entire social security benefit due me, I have been fraudulently held to excessive bail and excessive fines which has resulted in cruel and unusual punishment.

83.     These are violations of my constitutionally protected 8th Amendment rights.

### CLAIM #7

84.     By unlawfully taking my sustenance, the IRS has taken my quality of life, committed identity theft, which has deprived me of life, liberty and property without due process of law.  By labeling and prosecuting me, a nontaxpayer, as a taxpayer, without due process of law.  This has rendered me to a condition of involuntary servitude, a condition of slavery, and a citizen of the United States (2), a position inferior to a state national.

85.     This is a violation of my constitutionally protected 13th Amendment rights.

## CLAIM #8

86.     The United States (2) has allowed an agency invasion into Texas which has resulted in domestic violence against me.

87.     This is a violation of my constitutionally protected Art. VI, Sec. 4, Cl. 4 rights.

## WAIVER OF IMMUNITY

**88.**     On September 28, 2016, Congress overrode President Obama's veto of Public Law 114-222 and passed it into law.   This Act limits the scope of foreign sovereign immunity from the jurisdiction of U. S. courts.   The Act authorizes federal court jurisdiction over a civil claim against a foreign state for physical injury to a person or property that occurs within the United States (1) as a result of an act of international terrorism, and a tort committed anywhere by an official, agent, or employee of a foreign state acting within the scope of employment.

89.     I assert that the sovereign American people have declared the IRS to be a designated terrorist organization.

90.     The Department of Justice (DOJ),  in this instance, is not authorized to intervene to this proceeding to seek a stay.   Neither could this court grant such a stay, as the Department of State cannot certify that the United States (2) is engaged in good-faith discussions with the foreign state, in this case, Texas, to resolve the civil claims.

91.     Immunity does not apply in this instance, because this is a civil claim, which commenced after enactment of the Act, and it arises out of injuries to a person and her property on or after September 11, 2001.

92.     By the acts of terrorism it has committed against me, the United States has waived its immunity.

## DEMAND FOR JURY TRIAL

93.     Plaintiff notices this court of her demand for a jury trial in this matter.

## REQUEST FOR RELIEF

FOR THESE REASONS, plaintiff requests that defendant be cited to appear and answer and the court declare that the United States (2) is a terrorist organization, that it has terrorized me, Dessie Maria Andrews continually since 2004, and has taken my property, called me a taxpayer, deprived me of liberty and condemned me to slavery, knowing that I am not a taxpayer, that I am a state national and that I am a non-resident alien to the United States (2).

That the United States is liable for damages done to me in the following amounts:

$40,000 for unlawful taking of my property;

$120,000 for punitive damages for the taking of my property which was done with deliberate malice;

$649,123.86 in damages for filing a fraudulent lien in that amount into public record;

$1,000,000 for each violation of the rights guaranteed to me by the U. S. Constitution, which are:

Violations of U. S. Constitution, Art. 1, Sec. 2, Cl. 3, Art. 1, Sec. 9, Cl. 4, Art.VI, Sec. 4, Cl. 4.

Violations of Bill of Rights, 1st, 4th, 5th, 7th, 8th, and 13th.

And for relegating me to the position of a 14th Amendment citizen, which is against my deeply held religious beliefs.

For all other relief which is fair and equitable recompense for the infliction of terrorist activity upon me by the United States (2).

Respectfully,

Dessie Maria Andrews