UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DESSIE MARIA ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:16-cv-02396 Jury Demand |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 12/7/2016 |
| UNITED STATES OF AMERICA, ) | Description: Pro Se Gen. Civil (F Deck) |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff identifies herself as "a Texan, a state national, a nonresident alien and a lawful nontaxpayer to the United States." Compl. at 1. Generally, plaintiff claims that her status as a nontaxpayer relieves her of any obligation to pay federal income taxes. She challenges the "assess[ment of] a fraudulent liability against [her] in the amount of $649,123.86 and seiz[ure of] the entire social security benefit due [to her]." *Id.* ¶ 82. In this action she asks that the Court "declare the United States . . . a terrorist organization," and award her damages for alleged violations of constitutionally protected rights, among other relief, *see id.* at 22.

"It is axiomatic that the United States may not be sued without its consent and that the existence of consent is a prerequisite for jurisdiction." *United States v. Mitchell*, 463 U.S. 206, 212 (1983). "Absent a waiver, sovereign immunity shields the Federal Government and its agencies from suit." *FDIC v. Meyer*, 510 U.S. 471, 475 (1994). Here, plaintiff purports to sue the United States directly and to demand monetary damages for alleged constitutional violations.

3

Her claims fail because she points to no waiver of sovereign immunity, and absent a waiver of sovereign immunity, her claims must be dismissed for lack of subject matter jurisdiction. *See, e.g., Dougherty v. United States*, 156 F. Supp. 3d 222, 232 (D.D.C. 2016); *Smith v. Scalia*, 44 F. Supp. 3d 28, 40 (D.D.C. 2014), *aff'd*, No. 14-5180 (D.C. Cir. Jan. 14, 2015).

An Order is issued separately.

DATE: Dec. 5, 2016

_____
United States District Judge