## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DESSIE MARIA ANDREWS,                    )
                                         )
                    Plaintiff,           )     Case: 1:16-cv-02396  Jury Demand
                                         )     Assigned To : Unassigned
        v.                               )     Assign. Date : 12/7/2016
                                         )     Description: Pro Se Gen. Civil (F Deck)
UNITED STATES OF AMERICA,                )
                                         )
                    Defendant.           )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: Dec. 5, 2016

4